United States Bankruptcy Court
Eastern District of Virginia
Norfolk, Va. Division

Aug 16, 2019


FILED AUG 1 6 2019 CLERK U.S. BANKRUPTCY COURT NORFOLK DIVISION

Case #: 19-72343-FJS
Chapter 13

George Gerard Cooper sr. (Debtor)
Cynthia R Cooper (Co-Debtor)   Response

I, George Gerard Cooper sr. comes before the court to ask the Court to grant me the opportunity to attend the "Motion to Annul Co-Debtor Stay" hearing scheduled for Tuesday Aug. 20, 2019 at 600 Granby Street, Courtroom 2, I am asking for courts approval due to not receiving this filing until Wednesday Aug 14, 2019. The documents were filed Aug 2nd, 2019 thereby not giving me enough time to respond. I pray the court gives me the time needed to prepare for the up coming hearing to hear the merits of the case.

Thank you,
George Gerard Cooper Sr.
Cynthia R Cooper